IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COBB, | No. C 12-1045 SI |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| RON THOMSEN, ASSESSOR, COUNTY OF ALAMEDA, | |
| Defendants. | |

In an order filed April 3, 2012, the Court dismissed the complaint with leave to amend, and directed plaintiff to file an amended complaint by April 20, 2012. On April 20, 2012, plaintiff filed a "Criminal Cover Sheet" and attached a form titled "Change in Ownership Statement Death of Real Property Owner." Docket No. 12. That same day, plaintiff filed an "Amended Criminal Cover Sheet." Docket No. 13. Both Criminal Cover Sheets contain this civil case number and state that this case is a "RICO Act gang case under Title 18 Part 1 Chapter 96(B), Title 18 1544." Plaintiff did not file an amended complaint. Even if the April 20, 2012 filings are construed as an amended complaint, plaintiff has failed to state a claim as this is a civil action, not a criminal case.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 25, 2012

SUSAN ILLSTON
United States District Judge