1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   CHRISTOPHER COBB,                              No. C 12-1045 SI

9            Plaintiff,                            **JUDGMENT**

10     v.

11  RON THOMSEN, ASSESSOR, COUNTY OF
    ALAMEDA,
12
             Defendants.
13  _____/

14
        This case has been dismissed without prejudice for failure to prosecute.  Judgment is entered
15
    accordingly.
16

17
        **IT IS SO ORDERED AND ADJUDGED.**
18

19
    Dated: April 25, 2012
20                                                SUSAN ILLSTON
                                                  United States District Judge
21

22

23

24

25

26

27

28