United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER COBB,                      No. C 12-1045 SI

       Plaintiff,                            **JUDGMENT**

  v.

RON THOMSEN, ASSESSOR, COUNTY OF ALAMEDA,

       Defendants.
                                       /

      This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 25, 2012

                                                             SUSAN ILLSTON
                                                             United States District Judge