1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   CHRISTOPHER COBB,                              No. C 12-1045 SI

9              Plaintiff,                          **ORDER FINDING PLAINTIFF'S
                                                   MOTION TO DISMISS MOOT**
10     v.

11  RON THOMSEN, ASSESSOR, COUNTY OF
    ALAMEDA,
12
               Defendants.
13  _____/

14
         In an order filed April 25, 2012, the Court dismissed this case without prejudice for failure to
15
    prosecute, and the Court entered judgment the same day.  On May 14, 2012, plaintiff filed a motion to
16
    dismiss this case.  The Court informs plaintiff that this case has already been dismissed and that this case
17
    is now closed.  Accordingly, plaintiff's motion is DISMISSED AS MOOT.  Docket No. 16.
18

19
         **IT IS SO ORDERED.**
20

21
    Dated: May 16, 2012
22                                                 SUSAN ILLSTON
                                                   United States District Judge
23

24

25

26

27

28

**United States District Court**
For the Northern District of California