IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COBB, | No. C 12-1045 SI |
| Plaintiff, | **ORDER FINDING PLAINTIFF'S MOTION TO DISMISS MOOT** |
| v. | |
| RON THOMSEN, ASSESSOR, COUNTY OF ALAMEDA, | |
| Defendants.                              / | |

In an order filed April 25, 2012, the Court dismissed this case without prejudice for failure to prosecute, and the Court entered judgment the same day. On May 14, 2012, plaintiff filed a motion to dismiss this case. The Court informs plaintiff that this case has already been dismissed and that this case is now closed. Accordingly, plaintiff's motion is DISMISSED AS MOOT. Docket No. 16.

**IT IS SO ORDERED.**

Dated: May 16, 2012

SUSAN ILLSTON
United States District Judge