IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COBB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RON THOMSEN, ASSESSOR, COUNTY OF ALAMEDA,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 12-1045 SI<br><br>**ORDER RE: JULY 2, 2012 FILINGS** |

In an order filed April 25, 2012, the Court dismissed this case without prejudice for failure to prosecute, and the Court entered judgment the same day. On May 14, 2012, plaintiff filed a motion to dismiss this case, and in an order filed May 16, 2012, the Court denied plaintiff's motion to dismiss as moot.

On July 2, 2012, plaintiff filed an amended complaint and a consent to proceed before a magistrate judge. The Court informs plaintiff that this case is CLOSED. If plaintiff wishes to file a complaint, plaintiff must file a new case. Plaintiff is directed not to file any further documents in this closed case.

**IT IS SO ORDERED.**

Dated: July 12, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge